PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMILKAR ANTONIO LOPEZ GUILLEN,<br><br>Plaintiff,<br><br>v.<br><br>UR M. JADDOU, ET AL.,<br><br>Defendant. | CASE NO. 2:24-CV-00714-DB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR TEMPORARY ABEYANCE |

By previous order, the Court continued Defendants' deadline to answer Plaintiff's Complaint to July 10, 2024. (ECF 7.) The Defendants respectfully request to hold the matter in temporary abeyance through December 10, 2024, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2016. USCIS has scheduled a re-interview on Plaintiff's asylum application for August 12, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 60 days of the completion of the re-interview.

///

///

The parties therefore stipulate that this matter be held in temporary abeyance through December 10, 2024. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  July 10, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ CONRAD WU
CONRAD WU
Counsel for Plaintiff

[PROPOSED] ORDER

It is so ordered.

Dated:  July 11, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
guil24cv0714.stip.abey